


UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) BK. No. 2:10-27958 SB |
| | ) |
| | ) Chapter 7 (INVOLUNTARY) |
| Kathleen Karen Jensen | ) |
| | ) |
| | ) ORDER DISMISSING |
| | ) INVOLUNTARY CASE |
| | ) |
| | ) |
| | ) Date: 6/22/2010 |
| | ) Time: 10:00 A.M. |
| Debtor(s). | ) |
| | ) |

A hearing was held on  6/22/2010 AT 10:00 AM   regarding the above entitled case. No appearance being made by the petitioning creditor's, it was determined that the Involuntary Chapter 7 should be dismissed for the reasons stated in the record.

**IT IS HEREBY ORDERED** that this involuntary petition is hereby dismissed.

DATED: 6/25/2010

_____
SAMUEL L. BUFFORD
United States Bankruptcy Judge

## CERTIFICATE OF MAILING

     I HEREBY CERTIFY that a copy of the said notice attached hereto was mailed to the following parties.

OFFICE OF THE U.S. TRUSTEE
221 N. FIGUEROA STREET, STE #800
LOS ANGELES, CA 90012

**Kathleen Karen Jensen**
11127 Braddock Dr
Culver City, CA 90230

**Hugh Jensen**
5831 W Greentree Dr
Somis, CA 93066

DATED: 6/25/2010

*[signature]*
Deputy Clerk